```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA TORRES, *individually and as administrator of the Estate of Rosa Pena and the Estate of Rosa Pena*,

          Plaintiff,

-against-

MOUNT SINAI HOSPITAL, JANE DOE(S), and JOHN DOE(S),

          Defendants.

1:24-cv-05769-MKV

**ORDER GRANTING EXTENSION**

MARY KAY VYSKOCIL, United States District Judge:

    On October 18, 2024, Plaintiff requested an extension of time to file a "rebuttal" to Defendant's answer. [ECF No. 8]. Plaintiff is not required by the Court to file a rebuttal to Defendant's answer. Instead, Plaintiff is directed to respond this Court's Order to Show Cause. [ECF No. 7]. Considering Plaintiff's illness, the deadline to file a letter in response to this Court's Order to Show Cause is **EXTENDED** from October 31, 2024 to **December 4, 2024.**

**SO ORDERED.**

**Date: October 23, 2024**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**