USBC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA TORRES, *individually and as administrator of the Estate of Rosa Pena and the Estate of Rosa Pena*,

          Plaintiff,

-against-

MOUNT SINAI HOSPITAL, JANE DOE(S), and JOHN DOE(S),

          Defendants.

1:24-cv-05769-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On March 11, 2205, the Court issued an Order dismissing this case with prejudice for lack of subject matter jurisdiction and for failure to prosecute, pursuant to Rule 41(b). [ECF No. 24 (the "Dismissal Order")]. On April 4, 2025, Plaintiff filed a Notice of Appeal on the docket, advising the Court that she appealed the Dismissal Order. [ECF No. 25]. The same day, Plaintiff filed a Motion for Reconsideration of the Dismissal Order and for to the Court to "accept an amended petition." [ECF No. 26].

Thereafter, the Second Circuit filed a Notice of Required Case Status Update, which was also filed on the docket in this case. [ECF No. 28]. The Notice indicated that "[s]ince at least one motion cited in FRAP 4(a)4 has been filed in the district court this appeal is stayed pending resolution of the motion." [ECF No. 28]. Thereafter, the Court granted Plaintiff's Motion for Reconsideration, which necessarily mooted her appeal.

In turn, the Court directed all parties to appear for an initial pretrial conference on February 10, 2026 at 11:30 AM. [ECF No. 38]. The Court further ordered that the parties file a Proposed Case Management Plan and joint letter one week prior to the conference. [ECF No.

38]. On January 16, 2026, the Second Circuit issued an order lifting the stay of Plaintiff's appeal. [ECF No. 39].

IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for February 10, 2026 at 11:30 AM is ADJOURNED *sine die*. The parties, on or before February 10, 2026, shall provide a joint letter advising the Court of the status of Plaintiff's appeal to the Second Circuit. The parties shall specifically address the impact of the Court's Order granting Plaintiff's Motion for Reconsideration at ECF No. 34 on Plaintiff's pending appeal.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

**Date: February 4, 2026**
      **New York, NY**

      **MARY KAY VYSKOCIL**
      **United States District Judge**

2