USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA TORRES, *individually and as administrator of the Estate of Rosa Pena and the Estate of Rosa Pena*,

Plaintiff,

-against-

MOUNT SINAI HOSPITAL, JANE DOE(S), and JOHN DOE(S),

Defendants.

1:24-cv-05769-MKV

**ORDER RE DISCOVERY**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint letter regarding a discovery dispute. [ECF No. 61]. After carefully reviewing the joint letter and the history of this case, IT IS HEREBY ORDERED that, **on or before August 24, 2026**, Plaintiff shall provide to Defendant all requested HIPAA authorizations and initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and shall otherwise respond to Defendant's outstanding initial requests for production of documents, interrogatories, and requests to admit. Plaintiff is in default of her obligation to provide HIPPA authorizations and initial disclosures, which were due May 26, 2026 according to the Civil Case Management Plan and Scheduling Order. [ECF No. 55]. As the Court informed Plaintiff at the outset of this case on January 7, 2025 and again at the conference on May 12, 2026, Plaintiff cannot ignore her obligations as a litigant and she risks sanctions if she continues to do so. **Plaintiff is on notice that if she fails to provide the specified materials—HIPAA authorizations, initial disclosures, and responses to outstanding discovery requests—by August 24, 2026, she will face preclusion of her claims and other potential sanctions including monetary sanctions and potential dismissal of her claims.**

IT IS FURTHER ORDERED that in order to allow Defendant to execute on the HIPPA authorizations, Plaintiff's deposition must take place after August 24, 2026 but before September 9, 2026. Fact discovery in this case closes on September 9, 2026 and will not be extended for Plaintiff. Defendant shall file an update regarding the status of discovery by 5:00 PM on August 27, 2026.

**SO ORDERED.**

**Date: August 18, 2026**
**New York, NY**

Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**